UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SANDRA J. BEASLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:02-CV-1430-G |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | **ECF** |
| | ) | |
| Defendant. | ) | |

# ORDER

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are **OVERRULED**, and the court accepts the findings, conclusions and recommendation of the United States Magistrate Judge.

It is further **ORDERED** that plaintiff's EAJA motion is **GRANTED** and that the Commissioner recover the sum of $13,665.89 for her attorney's fees and expenses.

December 13, 2006.

_____
A. JOE FISH
CHIEF JUDGE