UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SANDRA J. BEASLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:02-CV-1430-G |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | **ECF** |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED ORDER

The order entered in the above-styled action on December 13, 2006, is hereby **SET ASIDE**, and it is **ORDERED**:

That the report and recommendation of United States Magistrate Judge William F. Sanderson, Jr., filed on November 13, 2006, is **ADOPTED** without objection from the parties;

That the plaintiff's motion for attorney's fees and costs under the EAJA is **GRANTED**; and

That the defendant shall pay plaintiff's attorney, Elizabeth Dunlap, an attorney fee of $12,885.67 plus costs of $685.42 and expenses of $94.80, for a total of $13,665.89.

January 4, 2007.

_____
A. JOE FISH
CHIEF JUDGE